**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | No. 06-0198M-1 |
| vs. | ) | |
| Billy Joe Larch, | ) | **ORDER** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Set Status Hearing Regarding Preliminary and Detention Hearings. Upon good cause shown, and the government having no objection,

**IT IS HEREBY ORDERED** granting Defendant's Motion to Set Status Hearing. A status hearing is scheduled regarding preliminary and detention hearings for May 23, 2006, at 9:45 a.m. before Magistrate Judge Lawrence O. Anderson, courtroom 302.

DATED this 19th day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge